**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PREDRAG FILIPOVIC** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-6128** |
| | : | |
| **GOVERNMENT EMPLOYEES** | : | |
| **INSURANCE COMPANY** | : | |
| *also known as* GEICO | : | |

_____

**ORDER**

This 17th day of December, 2020, the Court having concluded that this case does not involve an amount in controversy that meets the threshold for jurisdiction based on diversity of citizenship, it is hereby **ORDERED** that this matter is **REMANDED** forthwith to the Philadelphia Court of Common Pleas.

      /s/ Gerald Austin McHugh
United States District Judge